UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

No. CR 17-cr-00323

Plaintiff,

v.

**ORDER - CJA CONTRIBUTIONS DUE**

Jevelyn Viernes Chan

Defendant.

_____/

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C.§3006(A).

IT IS HEREBY ORDERED THAT:

[X]     THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $ 100 00  PER ~~MONTH~~ DAY, until the case is concluded or until further order of the Court, commencing:

[X] That certain date of  6/15/17  and ~~the SAME DAY each month~~ every day thereafter;

[X] MAIL TO:     Clerk, U.S. District Court
                 280 South First Street, Room 2112
                 San Jose, CA 95113-3095

[ ]     THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF

$_____, DUE BY _____.

[ ] MAIL TO:     Clerk, U.S. District Court
                 280 South First Street, Room 2112
                 San Jose, CA 95113-3095

Please indicate that this is a CJA payment and include the case number.

DATED:                          _____

                                Howard R. Lloyd, U.S. Magistrate Judge